

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-20-00525-CV

**IN THE INTEREST OF F.A.M., JR, A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01301
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file his brief is GRANTED. Appellee's brief is due on or before **February 22, 2021**.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court